**Order entered November 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01001-CR

**JOCELYN UY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-86182-2013**

## ORDER

The Court **REINSTATES** the appeal.

On October 16, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed. We **ADOPT** the findings that: (1) appellant has now been found to be indigent; (2) the trial court appointed Derek Wadas to represent appellant on appeal; and (3) appellant is entitled to proceed without payment for the record.

We **DIRECT** the Clerk of this Court to add Derek Wadas as appellant's appointed attorney of record.

We **ORDER** the Collin County Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **ORDER** court reporter Claudia Webb to file the reporter's record, including all exhibits admitted during the proceedings, within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Stacey Kemp, Collin County Clerk; Claudia Webb, official court reporter, County Court at Law No. 4; and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE